the Circuit Court of Appeals for the Fifth Circuit denied. *David T. Searls* for petitioner. *Leonard S. Lyon* for respondent.

No. 986. JOSEPH E. SEAGRAM & SONS, INC. *v.* LEVIN. March 10, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Edward R. Adams* for petitioner. *Bernard Yedor* for respondent.

No. 988. AMBASSADOR MANAGEMENT CORP. ET AL. *v.* INCORPORATED VILLAGE OF HEMPSTEAD. March 10, 1947. Petition for writ of certiorari to the Supreme Court, Second Appellate Division, of New York, denied. *Henry Waldman* for petitioners. *C. H. Tunnicliffe Jones* for respondent.

No. 1014. GARRETT ET AL. *v.* DISTRICT OF COLUMBIA. March 10, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Ewing Laporte* for petitioners. *Vernon E. West* and *Chester H. Gray* for respondent.

No. 1018. FISCH, TRUSTEE IN BANKRUPTCY, ET AL. *v.* STANDARD FACTORS CORP. March 10, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *George Furst* for petitioners. *Max L. Rosenstein* for respondent.